FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA
_____

No. 1D18-0292
_____

ALBERT DELON,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.


May 11, 2018


PER CURIAM.

The petition alleging ineffective assistance of appellate counsel is denied on the merits.

WOLF, BILBREY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Albert Delon, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.